UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN M. KIDD, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendants. | CASE NO.  1:13-cv-1583 LJO-BAM<br><br>**ORDER TAKING DEFENDANT'S MOTION UNDER SUBMISSION** |

    On June 6, 2014, Defendant Allstate Insurance Company filed a Motion to Compel which seeks to compel Plaintiffs Darren Kidd and Krystal Pippig's ("Plaintiffs") discovery responses to various written discovery requests.  (Doc. 14).  Pursuant to Local Rule 230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition to Defendant's Motion no later than June 13, 2014. That deadline has passed and Plaintiffs have not filed any response to Defendant's motion. Accordingly, the Court VACATES the hearing because Plaintiffs are not entitled to be heard at oral argument in opposition to the motion. L.R. 230 (c).

    The Court therefore deems the matter suitable for decision without oral argument and takes the matter under submission pursuant to Local Rule 230(g).   The Plaintiffs should NOT appear for the hearing on June 20, 2014.

IT IS SO ORDERED.

    Dated:   **June 17, 2014**                                    /s/ *Barbara A. McAuliffe*                    
                                                                         UNITED STATES MAGISTRATE JUDGE