# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| DARREN M. KIDD, *et al.*, | Case No. 1:13-cv-01583-LJO-BAM |
| Plaintiffs, | **ORDER FOR DISMISSAL WITH PREJUDICE (DOC. 17)** |
| vs. | |
| ALLSTATE INSURANCE COMPANY; and DOES 1 through 25, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of all parties, Doc. 17, the Court orders as follows:

1. The entire above-captioned action is dismissed with prejudice; and
2. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __August 12, 2014__      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE